**LISA R. J. PORTER**
JP Law PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Email: Lisa@jplawpc.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **SCOTT D,** | |
| Plaintiff, | Civil Action No. 1:20-cv-00754-HZ |
| vs. | |
| **COMMISSIONER of SOCIAL SECURITY,** | ORDER GRANTING EAJA FEES |
| Defendant | |

## ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in <u>Astrue v Ratliff</u>, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of $**5,121.78**, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in <u>Ratliff</u> shall be paid to the Plaintiff.

DATED this 27 day of May, 2021

*Marco Hernandez*
United States District Court Judge

Presented by:

s/Lisa R.J. Porter
Lisa R.J. Porter, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035